UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWANNA THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-CV-01099-AC<br><br>ORDER STRIKING CROSS-MOTION |

On September 16, 2014, Defendant erroneously filed a Cross-Motion for Summary Judgment, ECF No. 14, and then moved to strike the pleading, ECF No. 15.

**ORDER**

APPROVED AND SO ORDERED:

DATED: September 18, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-