1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TAWANNA THOMAS, | Case No.: 2:14-CV-01099-AC |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of December 1, 2014. The extension is needed due to press of business in plaintiff's attorney's office.

1 | This is the 1ˢᵗ request for extension by plaintiff.

2

3 | Dated: 10/24/14                              /s/ *Peter Brixie*
                                                 PETER E. BRIXIE
                                                 Attorney at Law
4                                                Attorney for Plaintiff

5

6 | Dated: 10/24/14                      By:     /s/ *Theophous H. Reagans*
                                                 THEOPHOUS H. REAGANS
                                                 Special Assistant U. S. Attorney
7                                                Attorney for Defendant

8

                                        __ooo__
9
                        APPROVED AND SO ORDERED
10
Dated: October 24, 2014
11

12                                      _____
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25