UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWANNA THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | No. 2:14-CV-01099-AC<br><br>STIPULATION AND ORDER FOR<br>EXTENSION OF TIME |

The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from January 2, 2015 until February 3, 2015. Because of absence from the office, and press of other work, Defendant's counsel needs additional time to review this case and to respond to Plaintiff Motion. Defendant's counsel makes this request in good faith and apologizes to the Court for the delay. All other dates in the Court's Scheduling Order are extended accordingly.

Date: January 2, 2015                                /s/ *Peter Brixie*
                                                                     (Authorized via telephone)
                                                                     DENISE BOURGEOIS HALEY

-1-

|   |   |
|---|---|
| | Attorney for Plaintiff |
| Dated: January 2, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Theophous H. Reagans*<br>THEOPHOUS H. REAGANS<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

IT IS SO ORDERED:

Dated: January 6, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE