BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
Social Security Administration

    Office of the General Counsel
    160 Spear St. Ste. 800
    San Francisco, CA  94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWANNA THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-CV-01099-AC<br><br>STIPULATION FOR EXTENSION OF TIME |

    The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from February 3, 2015 until March 5, 2015.  Because of illness, causing absence from the office, and press of other work, Defendant's counsel needs additional time to review this case and to respond to Plaintiff Motion.  This is Defendant's second request for an extension.  However, Defendant's counsel makes this

1  request in good faith and apologizes to the Court for the delay.  All other dates in the Court's
2  Scheduling Order are extended accordingly.
3
4  Date: February 3, 2015                    /s/ Peter Brixie
                                             (Authorized via email)
5                                            PETER BRIXIE
                                             Attorney for Plaintiff
6
7  Dated: February 3, 2015                   BENJAMIN B. WAGNER
                                             United States Attorney
8
9
                                             */s/ Theophous H. Reagans*
10                                           THEOPHOUS H. REAGANS
                                             Special Assistant U.S. Attorney
11
12
                                             Attorneys for Defendant
13
14
   IT IS SO ORDERED:
15
16 Dated: February 4, 2015

17                                           _____
18                                           ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28